IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA,              )
                               )
        Plaintiff,             )
                               )
v.                             )        Case No. CIV-11-030-RAW
                               )
KATHLEEN SEBELIUS, et al.,     )
                               )
                               )
        Defendants.            )

## ORDER

By order entered November 16, 2011, the court directed the parties to show cause why this litigation should not be stayed pending a ruling on the merits by the United States Supreme Court in cases involving the same issues.   The parties have responded and have stated no objection to a stay.

It is the order of the court that this litigation is hereby stayed pending further order of the court.

ORDERED THIS   _23_   DAY OF NOVEMBER, 2011.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE