## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **STATE OF OKLAHOMA, ex rel. Scott** | ) | |
| **Pruitt, in his official capacity as Attorney** | ) | |
| **General of Oklahoma,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-11-30-RAW** |
| | ) | |
| **SYLVIA MATHEWS BURWELL, in her** | ) | |
| **official capacity as Secretary of the United** | ) | |
| **States Department of Health and Human** | ) | |
| **Services; and JACOB J. LEW, in his official** | ) | |
| **capacity as Secretary of the United States** | ) | |
| **Department of the Treasury,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This action is hereby dismissed.

**ORDERED THIS 21st DAY OF SEPTEMBER, 2015.**

**Dated this 21st day of September, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma