IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ex rel. Scott Pruitt, in his official capacity as Attorney General of Oklahoma, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-11-30-RAW |
| SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services; and JACOB J. LEW, in his official capacity as Secretary of the United States Department of the Treasury, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the contemporaneous order and Rule 58 F.R.Cv.P., judgment is hereby entered in favor of defendants and against plaintiff.

**ORDERED THIS 21st DAY OF SEPTEMBER, 2015.**

**Dated this 21ˢᵗ day of September, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma